UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT

RELATES TO: ALL CASES

Case No. 3:15-mc-80259-JSC

**ORDER RE: RESPONSE TO NOVEMBER 23, 2015 MDL ORDER**

Now pending before the Court is the motion of non-parties Cardno Chemrisk, LLC and Dennis J. Paustenbach for a protective order. (Dkt. No. 1.) One issue is whether this Court should transfer the motion to the MDL court over the non-parties' objection. On November 23, 2015, Plaintiffs filed a proposed order to the MDL court relevant to this question. (Dkt. No. 10.) Plaintiffs are directed to notify the Court in writing when the MDL court acts on the proposed order. If the non-parties wish to respond to this proposed order before the MDL court rules upon it, they shall do so on or before **December 2, 2015**. If they do not respond by that date, the Court will not take any action on the motion for a protective order until the MDL court rules. Once the MDL court makes its decision on the proposed order, the non-parties may file a response within three business days of the mdl court's ruling if they have not already done so.

//

//

//

1  **IT IS SO ORDERED.**

2  Dated: November 24, 2015

3  _____
4  JACQUELINE SCOTT CORLEY
   United States Magistrate Judge